Dear Clerk of Court                                        8-10-15

I Am Albert M Piatt COA No. 11-14-00238-CR Tr. Ct. No.
14229. I would like to know why my Appellant
Pro Se petition was refused! I would like to have
copy of all my filed paper work sent to me. I
have never been in any kind of Trouble in my life
you can look at all my criminal filed.

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 11 2015

Abel Acosta, Clerk

Thank you
Albert M. Piatt
TDC # 1955398
COA No. 11-14-00238 CR
Tr. Ct. No. 14229